1  Dennis C. Reich, ESQ. (SBN #69631)
   dreich@reichandbinstock.com
2  Robert J. Binstock (pro hac vice forthcoming)
   bbinstock@reichandbinstock.com
3  J. Benjamin Black (pro hac vice forthcoming)
   bblack@reichandbinstock.com
4  Andrew Holcomb
5  aholcomb@reichandbinstock.com
   Reich and Binstock, LLP
6  4265 San Felipe, Suite 1000
   Houston, Texas 77027
7  Tel: 713.622.7271
8  Fax: 713.623.8724

9  *Attorneys for Plaintiffs,*
   *Jane Doe A.C. and Her Next Friend,*
10 *Jane Doe, L.G.*

11

12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16 | JANE DOE, L.G.., as guardian
17 | and nextFriend of minor plaintiff,        Case No: 3:25-cv-8941
   | JANE DOE, A.C..
18 |
   |                                           **[PROPOSED] ORDER GRANTING**
19 |        v.                                 **PLAINTIFFS' MOTION TO PROCEED**
   |                                           **UNDER PSEUDONYMS**
20 | ROBLOX CORPORATION;
   | DISCORD, INC.; and the FIRST DOE through
21 | ONE HUNDREDTH DOE, inclusive,
22 |                        Defendants.

23

24

25

26

27

IT IS HEREBY ORDERED that:

1. Plaintiffs **JANE DOE L.G.** and JANE DOE A.C. may proceed in this action under pseudonyms.
2. All public filings shall refer to Plaintiffs only by their designated pseudonyms.
3. The parties shall file any unredacted documents containing Plaintiffs' true names under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.
4. This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

IT IS SO ORDERED.

Dated: November 10, 2025

Hon. Lisa L. Cisneros
United States Magistrate Judge