UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE L.G., | Case No. 25-cv-08941-RFL |
| Plaintiff, | |
| v. | **SUA SPONTE ORDER OF REFERRAL** |
| ROBLOX CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED.**

Dated: January 22, 2026

RITA F. LIN
United States District Judge

1